IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE CARR, ) | Old Case No.  CV-F-05-0289 OWW DLB |
| ) | |
| ) | New Case No. CV-F-05-0289 DLB |
| ) | |
| ) | ORDER REASSIGNING CASE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOANNE B.  BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1.  This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of

1

1 | **final judgment, and**

2. **The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck.**

3. **The new case number shall be CV-F-05-0289 DLB.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.**

IT IS SO ORDERED.

**Dated:   July 1, 2005**                              **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE

2