McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE CARR on behalf of MYISHA WOODS,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>        Defendant. | 1:05-cv-0289 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from September 8, 2005 to October 12, 2005.

///

///

///

///

1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief. Defendant needs to further review the file and prepare a response in this matter.

                                        Respectfully submitted,


Dated: September 12, 2005        /s/ Steven M. Chabre
                                 (As authorized via facsimile)
                                 STEVEN M. CHABRE
                                 Attorney for Plaintiff


Dated: September 12, 2005        McGREGOR W. SCOTT
                                 United States Attorney



                                 /s/ Kimberly A. Gaab
                                 KIMBERLY A. GAAB
                                 Assistant U.S. Attorney




    IT IS SO ORDERED.

    Dated:   September 15, 2005          /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE