```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9
10  MAGGIE CARR on behalf of      )   1:05-cv-0289 DLB
     MYISHA WOODS,                )
11                                )
                Plaintiff,        )
12                                )   STIPULATION AND ORDER
            v.                    )   FOR REMAND PURSUANT TO
13                                )   SENTENCE FOUR OF 42 U.S.C.
    JO ANNE B. BARNHART,          )   § 405(g), and
14  Commissioner of Social        )
    Security,                     )   REQUEST FOR ENTRY OF JUDGMENT
15                                )   IN FAVOR OF PLAINTIFF AND
                Defendant.        )   AGAINST DEFENDANT
16  _____)
```

17      IT IS HEREBY STIPULATED, by and between the parties, through

18  their respective counsel of record, that this action be remanded

19  to the Commissioner of Social Security for further administrative

20  action pursuant to section 205(g) of the Social Security Act, as

21  amended, 42 U.S.C. § 405(g), sentence four.

22      On remand, the Appeals Counsel will instruct the

23  Administrative Law Judge ("ALJ") to further evaluate Plaintiff's

24  impairments pursuant to 20 C.F.R. § 416-924; obtain an expert

25  medical opinion in accordance with <u>Howard v. Barnhart</u>, 341 F.3d

26  1006, 1013 (9TH Cir. 2003); and address lay witness testimony.

27      The parties further request that the Clerk of the Court be

28  directed to enter a final judgment in favor of plaintiff, and

against defendant, reversing the final decision of the Commissioner.

```
                                    Respectfully submitted,

Dated: October 11, 2005             /s/ Steven M. Chabre
                                     (As authorized via facsimile)
                                    Attorney for Plaintiff

Dated: October 12, 2005             McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   October 13, 2005**                **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE