McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street, Room 3654
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE CARR on behalf of MYISHA WOODS,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>          Defendant. | 1:05-cv-0289 DLB<br><br>STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |

   IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS ($1,900.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

///

///

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: November 10, 2005    /s/ Steven M. Chabre
                            STEVEN M. CHABRE
                            (As authorized via facsimile)
                            Attorney for Plaintiff


Dated: November 10, 2005    McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Kimberly A. Gaab
                            KIMBERLY A. GAAB
                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 14, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

2